1  Ryan Lee, Esq. (SBN 024846)
   Krohn & Moss, Ltd.
2  10635 Santa Monica Blvd. STE 170
   Los Angeles, CA  90025
3  T: (323) 988-2400; F: (866) 802-0021
   rlee@consumerlawcenter.com
4  Attorney for Plaintiff
   LINDSEY TRUMBELL
5

## IN THE UNITED STATES DISTRICT COURT,
## DISTRICT OF ARIZONA

| LINDSEY TRUMBELL, | ) | Case No.: **2:09-cv-02441-LOA** |
|---|---|---|
| Plaintiff, | ) ) ) | **NOTICE OF SETTLEMENT** |
| v. | ) ) | |
| GLOBAL AG, LLC, | ) ) | |
| Defendant. | ) ) ) | |

NOW COMES the Plaintiff, LINDSEY TRUMBELL, by and through the undersigned counsel and hereby informs the court that a settlement of the present matter has been reached and is in the process of finalizing settlement, which Plaintiff anticipates will be finalized within the next 30 days.

Plaintiff therefore requests that this honorable court vacate all dates currently set on calendar for the present matter.

                              Respectfully Submitted,

DATED: February 5, 2010       KROHN & MOSS, LTD.


                              By: /s/ Ryan Lee                    _

                                  Ryan Lee
                                  Attorney for Plaintiff

- 1 -

Notice of Settlement