Ryan Lee, Esq. (SBN 024846)
Krohn & Moss, Ltd.
10635 Santa Monica Blvd. STE 170
Los Angeles, CA 90025
T: (323) 988-2400; F: (866) 802-0021
rlee@consumerlawcenter.com
Attorney for Plaintiff
LINDSEY TRUMBELL

# IN THE UNITED STATES DISTRICT COURT,
## DISTRICT OF ARIZONA

| | |
|---|---|
| LINDSEY TRUMBELL, | Case No.: 2:09-cv-02441-LOA |
| Plaintiff, | **VOLUNTARY DISMISSAL** |
| v. | |
| GLOBAL AG, LLC, | |
| Defendant. | |

## VOLUNTARY DISMISSAL WITH PREJUDICE

Plaintiff, LINDSEY TRUMBELL, by and through her attorneys, KROHN & MOSS, LTD., hereby voluntarily dismisses the above-entitled case with prejudice.

Dated: March 22, 2010                                    KROHN & MOSS, LTD.


                                                         By: /s/ Ryan Lee, Esq.
                                                             Ryan Lee, Esq.
                                                             Attorneys for Plaintiff
                                                             LINDSEY TRUMBELL